1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  JO LYNN EATON,                    )        3:13-cv-00519-HDM-WGC
                                      )
12                  Plaintiff,        )
                                      )        ORDER
13  vs.                               )
                                      )
14  GC SERVICES, LP,                  )
                                      )
15                  Defendant.        )
    _____)
16
        Pursuant to the plaintiff's notice of voluntary dismissal
17
    (#6), this action is hereby dismissed with prejudice.
18
        IT IS SO ORDERED.
19
        DATED: This 7th day of November, 2013.
20

21                        _Howard D McKibben_

22                        _____
                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28