# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JO LYNN EATON, | ) | 3:13-cv-00519-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the plaintiff's notice of voluntary dismissal (#6), this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: This 7th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE